# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:12-cv-442-RJC-DSC

| | |
|---|---|
| CALVIN LATIMER,<br>SANDRA LATIMER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on a review of Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). (Doc. No. 2). The Court notes that the Application is signed "Calvin and Sandra Latimer" and at the end of the document there is personal information provided but this information is not linked to one particular Plaintiff. The Court will direct that each Plaintiff must complete their own Application in order for the Court to properly evaluate their current economic situation.

**IT IS, THEREFORE, ORDERED** that:

1. Each Plaintiff shall complete their own Application to Proceed Without Prepayment of Fees or Costs and sign the Application under penalty of perjury.

2. Each Plaintiff must return their completed Application to the Clerk of Court if they wish for the Court to review the Application to determine if they are entitled to proceed without prepayment of fees or costs.

3. Plaintiffs are to fill out the appropriate information on the summons which the Clerk of Court will provide and return the summons to the Clerk of Court.

The Clerk of Court is directed to send a blank Application to each Plaintiff along with a blank summons for the Plaintiffs to complete.

**IT IS SO ORDERED**.

Signed: August 6, 2012

Robert J. Conrad, Jr.
Chief United States District Judge