UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-442-RJC-DSC

| | |
|---|---|
| CALVIN LATIMER and SANDRA LATIMER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHARLOTTE, <br><br> Defendant. | ORDER |

**THIS MATTER** comes before the Court <u>sua sponte</u>. Plaintiff filed their Amended Complaint, (Doc. No. 10), on September 7, 2012 and personally served Defendant on September 7, 2012. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had until September 28, 2012 to file an Answer to Plaintiff's Complaint. The time has now expired. Plaintiff has not filed a motion for entry of default. <u>See</u> FED. R. CIV. P. 55(a). It is Plaintiff's burden to move this case forward, and Plaintiff will be required to take appropriate action within 14 days.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall filed a Motion for Entry of Default within 14 days. **FAILURE TO FILE SUCH A MOTION WITHIN 14 DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT.**

Signed: November 26, 2012

Robert J. Conrad, Jr.
Chief United States District Judge